**William R. SCAGGS, Plaintiff-Appellant,**

v.

**Lieutenant General Stanley LARSEN, etc., Defendant-Appellee.**

**No. 24609.**

United States Court of Appeals, Ninth Circuit.

April 7, 1970.

Lloyd E. McMurray (argued), San Francisco, Cal., for appellant.

Jerry K. Cimmet (argued), Asst. U. S. Atty., James L. Browning, U. S. Atty., San Francisco, Cal., for appellee.

Before HAMLEY, DUNIWAY and TRASK, Circuit Judges.

PER CURIAM:

The order appealed from is affirmed. Schwartz v. Franklin, 9 Cir., 1969, 412 F.2d 736; Winters v. United States, 9 Cir., 1969, 412 F.2d 140; Raderman v. Kaine, 2 Cir., 1969, 411 F.2d 1102.

**UNITED STATES of America, Appellee,**

v.

**H. Frank EVANS, Appellant.**

**No. 13438.**

United States Court of Appeals, Fourth Circuit.

April 28, 1970.

Dallas D. Ball, Columbia, S. C., Lee & Ball, Columbia, S. C., on the brief, for appellant.

Joseph O. Rogers, Jr., U. S. Atty., and Marvin L. Smith, Asst. U. S. Atty., on the brief, for appellee.

Before HAYNSWORTH, Chief Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

In this appeal from judgments of conviction for conspiracy and bank robbery and from an order denying appellant's motion for a new trial, we find oral argument unnecessary. On examination of the record and briefs, we find no error.

Affirmed.